1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  TAMARA WEBER (ILSBN 6270925)
   Special Assistant United States Attorney

5
      450 Golden Gate Avenue; Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6838
7     FAX: (415) 436-7234
      tamara.weber@usdoj.gov

8
   Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 07-0232 SI
                                       )
15       Plaintiff,                    )    STIPULATION AND [~~PROPOSED~~]
                                       )    ORDER EXCLUDING TIME
16       v.                            )
                                       )
17  LUIS MIGUEL ZAMORA-BOLANOS,        )
                                       )    SAN FRANCISCO VENUE
18       Defendant.                    )
                                       )
19  _____)

20

21       On April 19, 2007, the parties in this case appeared before the Honorable Nandor J. Vadas

22  for a Detention Hearing/Set date for Preliminary hearing/Arraignment.  At that time, the parties

23  stipulated that time should be excluded from the Speedy Trial Act calculations from April 19,

24  2007 through April 27, 2007, for effective preparation of counsel, in that defense counsel

25  required time to review discovery and the United States required additional time to complete

26  discovery. The parties represented that granting the continuance was the reasonable time

27  necessary for effective preparation of both defense counsel and the United States, taking into

28  //

Stipulation and [Proposed] Order
CR 07-0232 SI

1   account the exercise of due diligence.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).  The parties also

2   agreed that the end of justice served by granting such a continuance outweighed the best interests

3   of the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. §3161(h)(8)(A).

4   **IT IS SO STIPULATED.**

5                                                                    Respectfully submitted,

6

7                                                                    SCOTT N. SCHOOLS
                                                                     United States Attorney

8

9   DATED: <u>4/20/07</u>                                   <u>    /s/ Tamara Weber            </u>

10                                                                   TAMARA WEBER
                                                                     Special Assistant United States Attorney

11

12  DATED: <u>4/20/07</u>

13                                                          <u>    /s/ Steven Koeninger           </u>
                                                                    STEVEN KOENINGER

14                                                                  Attorney for Defendant
                                                                    Luis Miguel Zamora-Bolanos

15

16       As the Court found on April 19, 2007 and for the reasons stated above, the Court finds

17  that an exclusion of time between April 19, 2007, through April 27, 2007, is warranted

18  and that the ends of justice served by the continuance outweigh the best interests of the

19  public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. §3161 (h)(8)(A).  The failure to

20  grant the requested continuance would deny defense counsel the reasonable time

21  necessary for effective preparation, taking into account the exercise of due diligence, and

22  would result in a miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

23

24  IT IS SO ORDERED.

25

26  DATED: <u>4/24/07         </u>          <u>                                                        </u>
                                                 THE HONORABLE NANDOR J. VADAS

27                                               United States Magistrate Judge

28

Stipulation and [Proposed] Order
CR 07-0232 SI