| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | TAMARA WEBER (ILSBN 6270925)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue; Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6838 |
| 7 | FAX: (415) 436-7234<br>tamara.weber@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0232 SI |
| Plaintiff, | ) | STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |
| v. | ) | |
| LUIS MIGUEL ZAMORA-BOLANOS, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

On April 27, 2007, the parties in this case appeared before the Honorable Susan Illston for a Trial Setting. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from April 27, 2007 through May 25, 2007, for effective preparation and continuity of counsel, in that defense counsel required time to review discovery and the United States required additional time to complete discovery. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into

//

Stipulation and [Proposed] Order
CR 07-0232 SI

account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(B)(iv). The parties also agreed that the end of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).

**IT IS SO STIPULATED.**

        Respectfully submitted,

        SCOTT N. SCHOOLS
        United States Attorney

DATED:  5/1/07         /s/ Tamara Weber
        TAMARA WEBER
        Special Assistant United States Attorney

DATED:  5/1/07         /s/ Steven Koeninger
        STEVEN KOENINGER
        Attorney for Defendant Luis Miguel
        Zamora-Bolanos

As the Court found on April 27, 2007 and for the reasons stated above, the Court finds that an exclusion of time between April 27, 2007, through May 25, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED:_____      /s/ Susan Illston
        THE HONORABLE SUSAN ILLSTON
        United States Magistrate Judge

Stipulation and [Proposed] Order
CR 07-0232 SI