SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

**E-Filing**

TAMARA WEBER (ILSBN 6270925 )
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6838
E-mail: tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS MIGUEL ZAMORA-BOLANOS,<br><br>Defendant. | No. CR 07-0232 MHP<br><br>NOTICE OF DISMISSAL<br><br>(San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment.


DATED: May 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Ioana Petrou
IOANA PETROU
Chief, Major Crimes Section

//

NOTICE OF DISMISSAL (CR 07-0232 MHP)

1    Leave is granted to the government to dismiss the indictment.

2

3    Date: _May 29, 2007_                    _____
                                             UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28